IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO:  7:23-CR-25 (WLS) |
| : | |
| TOBIAS MARQUEZ MITCHELL, : | |
| : | |
| Defendant. : | |
| _____ | |

### ORDER

Before the Court is the United States' Motion in Limine (Doc. 25) ("Motion") filed August 9, 2023.  Trial of this matter has been specially set in accordance with the Speedy Trial Act for September 25, 2023, with pretrial conference scheduled for September 5, 2023.  (*See* Doc. 18.)  The Court's ordinary practice is to rule on pending motions at or before a pretrial conference.

Accordingly, the Defendant is hereby **ORDERED** to file a response to the Motion on or before Friday, August 18, 2023.

**IT IS FURTHER ORDERED**, that on or before Friday, August 18, 2023, the parties shall file a joint statement as to whether a hearing is requested on the Motion.

**SO ORDERED**, this 10th day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**